# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SAVAGE, TURNER & PINCKNEY, PC, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 415-247 |
| AT&T SERVICES, INC., | * * | |
| Defendant. | * | |

## O R D E R

On December 1, 2015, the parties filed a "Stipulation of Joint Dismissal with Prejudice." (Doc. 20.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of December, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA